IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH L. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:13-CV-908-WKW |
| ) | [WO] |
| OFFICER PULIN, ANDY ) | |
| HUGHES, HOUSTON COUNTY ) | |
| JAIL, KEITH REED, and ) | |
| OFFICER REESE, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 4), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED.

It is further ORDERED that Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i-ii).

DONE this 28th day of February, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE